UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY MUNOZ DURAN,<br><br>    Petitioner,<br><br>    v.<br><br>STEVE SINCLAIR,<br><br>    Respondent. | )<br>)<br>)<br>)   NO.  CV-09-5036-CI<br>)<br>)<br>)   **JUDGMENT**<br>)<br>) |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court **ADOPTS** the Report and Recommendation.

1. Respondent's Motion to Dismiss is **GRANTED**.

2. Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

3. The Court declines to issue a Certificate of Appealability.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk